United States District Court
Southern District of Texas
**ENTERED**
February 16, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **NATHALY CORTEZ, individually and on behalf of similarly situated individuals** § § § § **Plaintiff** § § v. § **CASA DO BRASIL, LLC** § § **Defendant** § § § § | **CIVIL ACTION NO. 4:21-cv-03991** |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: 2 Days (if no class certified)     Jury: __X__   Non-Jury: ____

1.  NEW PARTIES shall be joined by:
    The Attorney causing the addition of new parties will
    provide copies of this Order to new parties.                **May 18, 2022**

2.  ANY MOTION FOR CERTIFICATION shall be
    filed:[1]                                                    **May 18, 2022**

3.  EXPERT WITNESSES for the PLAINTIFF will be
    identified by a report listing the qualifications of each
    expert, each opinion that the expert will present, and the
    basis for it. DUE DATE:                                      **July 11, 2022**

4.  EXPERT WITNESSES for the DEFENDANT will be
    identified by a report listing the qualifications of each
    expert, each opinion that the expert will present, and the
    basis for it. DUE DATE:                                      **August 11, 2022**

5.  DISCOVERY must be completed by:
    Written discovery requests are not timely if they are filed
    so close to this deadline that the recipient would not be   **November 1, 2022**

---

[1] The deadlines identified herein are proposed based upon the current status of this matter as a single-plaintiff case. In the event any Motion for Certification is granted, the Parties shall submit an amended Scheduling/Docket Control Order within thirty (30) days of the close of any opt-in notice period. In the event Plaintiff files a Motion for Certification and it is denied, the Parties shall submit any amended Scheduling/Docket Control Order within thirty (30) days of the Court's Order on same.

required under the Federal Rules of Civil Procedure to respond until after the deadline.

6. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions in limine) will be filed by: **December 6, 2022**
(Due 90 Days Prior to Trial Date)

7. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* **February 27, 2023**
(The Court will fill in this date) (Due Monday one week before trial)

8. TRIAL will begin at 9:00 a.m. **March 6, 2023**
(15 Months from date case is filed)

February 15, 2022
Date:

United States District Judge
Keith P. Ellison

February 8, 2022
Date:

*/s/ Trang Q. Tran*
Counsel for Plaintiff

February 8, 2022
Date:

*/s/ Elizabeth Voss (by permission)*
Counsel for Defendant