IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATHALY CORTEZ, individually and on behalf of similarly situated individuals <br><br> Plaintiffs <br><br> v. <br><br> CASA DO BRASIL, LLC <br><br> Defendant | § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:21-cv-03991 |

**PLAINTIFFS' MOTION FOR LEAVE
TO EXCEED PAGE LIMIT ON THEIR MOTION
TO AUTHORIZE NOTICE TO POTENTIAL PLAINTIFFS**

Plaintiffs respectfully requests leave to file the Motion to Authorize Notice to Potential Plaintiffs exceeding 25 pages. Plaintiffs believes the additional pages are necessary to adequately address the legal issues and factual arguments underlying Plaintiffs' request.

Respectfully submitted,

**TRAN LAW FIRM**

  /s/ Trang Q. Tran
TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
2537 S. Gessner Suite 104
Houston, Texas 77063
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF, individually
and on behalf of similarly situated individuals**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on September 20, 2022, to all counsel of record via the Court's CM/ECF system.

/s/ *Trang Q. Tran*
Trang Q. Tran
