# EXHIBIT 1F



# NOTICE TO TIPPED EMPLOYEES

Welcome to Casa Do Brasil! Casa Do Brasil employs various employees it considers "tipped employees," such as servers, bartenders, gauchos, customer service representatives, etc. The following guidelines apply to tipped employees:

- Your position is that of a tipped employee, meaning that you can earn tips in addition to your hourly cash wage.

- You will receive a cash wage of at least $2.13 per hour. Depending upon how long you have been employed with us and your experience, you may be paid more than $2.13 per hour, but you will not be paid less.

- Casa Do Brasil will always ensure that you are paid at least minimum wage (and overtime, when due). Casa Do Brasil will claim up to $5.12 as a tip credit for every hour you work (the difference between your hourly wage of $2.13 per hour and the federal minimum wage of $7.25 per hour).

- The tip credit taken by Casa Do Brasil cannot be greater than the value of tips you receive. So, if you only make $3.12 an hour in tips one week, plus a cash wage of $2.13/hour, Casa Do Brasil will pay you an additional $2.00 per hour for that week.

- Casa Do Brasil operates a tip-pooling arrangement limited to employees who customarily and regularly receive tips. You are required to contribute 100% of the tips you receive to the tip pool. If the amount of tips you receive from the tip pool is not sufficient to cover the tip credit, Casa Do Brasil will make up the difference.

- This agreement will not apply to any employee not informed of the requirements set forth in the **Fair Labor Standards Act's** regulations (29 CFR 531.59 and 531.60), verbally or in writing, which are set forth above.

Please sign and date this notice indicating that you understand it, and return it to your manager. Contact the general manager if you have any questions. Thank you.

_____        _____
Employee Name (Print)                                                                              Date

_____
Employee's Signature