EXHIBIT B

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2              FOR THE SOUTHERN DISTRICT OF TEXAS

 3                        HOUSTON DIVISION

 4        _____

 5        NATHALY CORTEZ, individually and

 6        on behalf of other similarly

 7        situated individuals,

 8              Plaintiff,

 9           v.                          Civil Action No.

10        CASA DO BRASIL, LLC,             4:21-CV-03991

11              Defendant.

12        _____

13                     VIDEOTAPED DEPOSITION OF

14                        NATHALY CORTEZ

15        DATE:        Friday, September 16, 2022

16        TIME:        9:09 a.m.

17        LOCATION:    Best Western Premier Bryan College

18                     Station

19                     1920 Austin's Colony Parkway

20                     Bryan, TX 77802

21        REPORTED BY: John Shavers, Notary Public

22        JOB NO.:     5462014

23

24

25

                                              Page 1
```

1    going to be paid as a server?

2         A    He said that when I was done training then I

3    would be part of the tip pooling.

4         Q    And did you ask Mr. Rogenby what tip pooling

5    was?

6         A    No.

7         Q    Did anybody at that point explain to you

8    that you were going to be paid 2.13 an hour, and then

9    you'd be able to receive the tips that were paid by

10   customers?

11        A    No.

12                  MR. TRAN:  Objection.  Compound

13   question.

14   BY MR. BISSMEYER:

15        Q    Did you ever ask anybody what tip pooling

16   was?

17        A    I'm not sure.

18        Q    So do you recall ever having a discussion

19   with Mr. Rogenby -- sorry -- a discussion with Mr.

20   Gottardo where he told you, "Now that you are a

21   server, you will be paid 2.13 per hour plus the tips"?

22        A    No.  I had that discussion with Cameron.

23        Q    Okay.  And you don't recall a discussion

24   like that with Mr. Gottardo; is that right?

25        A    Right.

Veritext Legal Solutions
800-336-4000

```
 1          Q    When you started working as a server, were
 2    you ever told by anybody that you needed to record
 3    your tips?
 4                    MR. TRAN:  Objection.  Vague.
 5          A    No.
 6          Q    Did anyone ever ask you -- scratch that.
 7    Let's talk about cash tips.  During the period of time
 8    that you were a server, were you told that all of the
 9    cash tips received from the tables you were serving
10    were to be placed in the cash box?
11          A    Yes.
12          Q    And do you know whether a similar
13    conversation was had with the other servers?
14          A    I'm not sure.
15          Q    And what would happen with the cash box at
16    the end of the night such that the tips would be
17    distributed among a group of people?
18          A    Every bartender, gaucho, and server would be
19    -- and the CSR -- would be entitled to a share of each
20    of -- like, an equal share in envelopes.
21          Q    And who would count the cash that was in the
22    cash box at the end of the night?
23          A    I did sometimes.
24          Q    Did you ever see Mr. Gottardo count the cash
25    in the cash box?
```

Page 73

```
 1     those various positions?
 2          A    Yes.
 3          Q    And so you understood that that money was
 4     being distributed from all of the cash tips at all of
 5     the different tables in the restaurant that were
 6     served during that particular shift; is that right?
 7          A    Yes.
 8          Q    And so I've not worked as a server in a
 9     restaurant.  So would people generally during the
10     period of time you worked there leave tips more by
11     cash or by credit card?
12          A    Credit card.
13          Q    But some people did leave a cash tip; is
14     that right?
15          A    Yes.
16          Q    And so your understanding was that all of
17     the cash tips from all of those tables at the
18     restaurant during that shift was placed in the cash
19     box; is that right?
20          A    Yes.
21          Q    So you got a portion of that even though you
22     didn't serve every table that night; right?
23          A    Yes.
24          Q    And were there evenings where you got cash
25     out of the cash box where you didn't receive any cash
```

Page 76

1          Q    Anybody ever tell you that as a server the

2    company would guarantee you were going to make at

3    least 20 bucks an hour?

4          A    That was said.

5          Q    Right.  Who told you that?

6          A    Jarbas when I got hired.

7          Q    And do you know whether in fact during some

8    pay periods Casa do Brasil paid you extra money to

9    ensure that you received $20 an hour for that pay

10   period?

11         A    I don't recall.

12         Q    So your testimony to be clear, it may have

13   happened.  It may not have happened.  You just don't

14   remember?

15         A    I haven't seen my tip-pool sales reports, so

16   I'm not sure.

17         Q    Okay.  I'm not talking about with the tip-

18   pool reports.  I'm saying, from the pay stubs you

19   received, do you know whether there was any indication

20   ever given to you that you were paid money by Casa do

21   Brasil to ensure that you would make $20 an hour for

22   that period of time?

23         A    I don't understand your question.

24         Q    You understand what the $20 an hour

25   guarantee was; right?  You said Mr. Gottardo told you

Page 80

1    when you were brought in that you would make $20 an

2    hour as a server?

3         A    Yes.

4         Q    And do you know whether there were time

5    periods during which the $2.13 per hour plus the tips

6    you earned did not equal $20 per hour?

7         A    I don't recall.

8         Q    So you don't recall any time period during

9    your employment there as a server when the company may

10   have paid you an extra amount to ensure that the 2.13

11   an hour plus the credit-card tips would equal $20 per

12   hour?

13        A    I can't say that I know that.

14        Q    The next thing you said as far as reasons

15   for your lawsuit is, the POS doesn't allow you to

16   claim tips?

17        A    Yes.

18        Q    Why do you believe that's illegal not for

19   the POS to allow you to declare your tips?

20        A    For tax purposes.

21        Q    So it's your understanding that you are

22   suing Casa do Brasil because for tax purposes they are

23   supposed to allow you to record your tips?

24             MR. TRAN:  Objection.  The question

25   calls for attorney-client communication.  Calls for a

Page 81

1    tips.

2        Q    Tell me every example that you recall in

3    which Mr. Gottardo received money from the cash tips.

4        A    So there was one day that a server forgot to

5    ring in their meal.  Well, there's two different

6    instances.  One of them was that a server forgot to

7    ring in a meal, and Cameron -- I saw Cameron taking

8    money out of the cash-tips box, so I asked him -- I

9    was like, "Why are you taking money out of the cash-

10   tips box?"  And he said, "Because Jarbas ordered me

11   to."

12       Q    Okay.  You said there were two occasions.

13   What's the second?

14       A    The second one was a lady walking out on her

15   tab.  She couldn't afford it, and they also took that

16   money out of the cash tips.

17       Q    Who took the money out?

18       A    I'm not sure who took it out, but someone

19   had told me that that had been taken out.  That time,

20   I didn't see it happen.

21       Q    Who told you that money had been taken out

22   for the lady who walked her tab?

23       A    One of the servers.

24       Q    What's the name of the server?

25       A    I'm not sure.  It could have been one --

Page 86

1    more than one; but if anyone would take -- the days

2    where anyone would take money out of the tip box,

3    everyone would talk about it because it would raise

4    concerns.

5         Q    Okay.  Objection.  Nonresponsive.  I'm

6    asking you specifically:  Who was the server who told

7    you on the occasion with the lady who walked out on

8    her tab that money had been taken out of the cash box?

9         A    I'm not sure.

10        Q    And whoever this person was, did they tell

11   you who took the money out?

12        A    They said it was a CSR.

13        Q    And did they tell you how much was taken?

14        A    I believe it was around $55.

15        Q    Now let's talk about the first occasion.

16   You said a server forgot to ring a meal.  Was that a

17   customer meal?

18        A    Yes.

19        Q    Okay.  So not the server's meal?

20        A    Right.

21        Q    Right.  So let's talk for a second about the

22   server meal.  While y'all worked, you were allowed to

23   eat; is that correct?

24        A    After the shift.

25        Q    Right.  And were you charged for that?

Page 87

```
 1          A    No.
 2          Q    So again, when you say here a server forgot
 3     to charge, it was for a customer meal; and you said
 4     you saw personally Mr. Rogenby take the money out of
 5     the cash box; is that right?
 6          A    Yes.
 7          Q    And how much did you see Mr. Rogenby take
 8     out of the cash box?
 9          A    At least -- I -- I'm not sure but at least
10     $30.
11          Q    Well, if you're not sure, how are you sure
12     it's at least $30?
13          A    I saw a 20, but he took more than that.  So
14     I'm not sure exactly how much.
15          Q    Okay.  So the two occasions where you've
16     seen money taken -- or know of -- was the one time
17     with the server you saw Mr. Rogenby taken at least $30
18     out of the cash box; is that accurate?
19          A    Yes.
20          Q    And when did that take place, as best as you
21     recall?
22          A    I'm not sure.
23          Q    And the second instance with the lady who
24     walked her tab, you said that an unidentified server
25     told you that a CSR took $55; is that correct?
```

Page 88

```
 1            A    Give or take.

 2            Q    Did the server tell you, "55, give or take"?

 3            A    Around $55 because that was how much her

 4    meal cost.

 5            Q    And when did that occasion take place?

 6            A    I'm not -- I don't -- I'm not sure.

 7            Q    Now, when we started this discussion, we

 8    were talking about sharing of tips with supervisor and

 9    manager; and I asked you when Mr. Gottardo ever

10    received either a cash tip or a credit card.  Do you

11    remember that?

12            A    Yes.

13            Q    Okay.  And you gave me these two examples of

14    money being taken out of the cash box allegedly;

15    right?

16            A    Yes.

17            Q    But do you know of anything other than these

18    two occasions where Mr. Gottardo received either a

19    cash or a credit-card tip?

20            A    I'm not sure.

21            Q    Are there any occasions where you believe

22    Mr. Cerruti received either a cash or a credit-card

23    tip during the period of time you worked there?

24            A    I'm not sure.

25            Q    Okay.  Now, when you said before you had to
```

Veritext Legal Solutions
800-336-4000

1    was a server who had forgotten to put something into

2    the POS; is that right?

3        A    Yes.  That one happened on multiple

4    occasions.

5        Q    Okay.  Well, I asked you before for the

6    examples; and you gave me those two.  So what are the

7    other examples?

8        A    The other examples are the same thing.

9    People would forget to ring in things, and then the

10   managers would take it out of the cash box.

11       Q    So tell me every one of those examples that

12   you recall.

13       A    I can't tell you details of every time.  It

14   happened often.

15       Q    Tell me any others that you can recall.

16       A    I've even forgotten to put something in.  So

17   I forgot to put in a meal; and they took it out of the

18   cash tips; and I asked Jarbas, "Hey, I don't want

19   everyone to be taken out.  I don't want everyone's

20   share to be taken out.  Can I just pay for this?"  And

21   he said no.

22       Q    So on one occasion, you recall where you

23   forgot to put something into the POS?

24       A    Yes.

25       Q    And then Jarbas took that out of the cash

Page 98

```
 1      box; is that your testimony?

 2           A    Yes.

 3           Q    Okay.  And when did that take place?

 4           A    This took place at the beginning of my

 5      employment with Casa.

 6           Q    And how much was removed from the cash box?

 7           A    One meal, so about $50.

 8           Q    Okay.  So I'm asking you what other examples

 9      you can give me where money was taken out of the cash

10      box either as the result of something not being put

11      into the POS system or somebody walking a tab.  You've

12      identified the one where you saw Cameron do it for,

13      you said, $30, the one time with the lady walking the

14      tab where somebody told you that $55 was taken, and

15      this third instance where you forgot to put something

16      in the POS and you -- did you see Jarbas take the

17      money out of the cash box?

18           A    He told me he was going to, and then they

19      took it out.  Yes.

20           Q    Did you see Jarbas take it out?

21           A    Yes.  He told me he was going to.

22           Q    He told you he was going to.  Do you know

23      whether it was in fact taken out?

24           A    Yes.  I do.

25           Q    And how do you know that?
```

Page 99

```
 1          A     Because it was taken out of the total box;
 2     and, I mean, whenever we were counting it, he had
 3     already taken it out.
 4          Q     Were you counting that evening?
 5          A     That -- it was -- that day, it was during
 6     the day; and I wanted to leave and just go get cash
 7     out so that I could put the cash back in the box since
 8     they had taken it out.
 9          Q     What I'm asking you is:  How do you know the
10     money was removed from the cash box on that particular
11     occasion when you didn't see Jarbas take it out?
12          A     Because he advised me that he was taking it
13     out.
14          Q     Right.  That he was going to, is that your
15     testimony?
16          A     He said he was going to.  Yes.
17          Q     Right.  My question is:  Do you know that in
18     fact he took it out of the cash box with respect to
19     that particular instance?
20          A     Yes, because someone told me that.
21          Q     Okay.  And who told you that?
22          A     One of the servers at the time.
23          Q     What's the server's name?
24          A     I can't remember.
25          Q     Okay.  Any other examples that you can think
```

Page 100

```
 1    of where cash was taken out of the cash box before the
 2    tips were distributed?
 3         A    I can't remember specific instances other
 4    than those where I have the details.
 5         Q    I need you to understand this is my
 6    opportunity to ask you these questions; right?  So
 7    you're saying, as we sit here today you can think of
 8    those three instances where money was taken from the
 9    cash box; and one of those was for a walked tab; and
10    two of those were for some server, whether you or
11    somebody else, not putting in a meal; is that right?
12         A    Correct.
13         Q    Can you think of any other instances where
14    money was removed from the cash box by Casa do Brasil?
15         A    It was any time someone forgot to put
16    something in.  I cannot remember details of the other
17    times.
18         Q    As you sit here today, can you identify any
19    amount of money, other than those three examples you
20    gave me, that was removed from the cash box by Casa do
21    Brasil?
22              MR. TRAN:  Objection.  Asked and
23    answered.
24              THE WITNESS:  Can you repeat the
25    question?
```

1           MR. BISSMEYER:  Can you read it back,

2    please?

3           THE REPORTER:  Just one moment, please.

4           (The reporter played the record as

5           requested.)

6           THE WITNESS:  I don't recall.

7    BY MR. BISSMEYER:

8      Q    Okay.  So you don't recall any amount of

9    money ever taken from the cash box other than those

10   three examples we've discussed; is that right?

11     A    Not to my recollection.

12     Q    And the last thing that I wrote down at

13   least was time shaving.  What are you referring to

14   when you say time shaving?

15     A    Time adjustments.

16     Q    And is it your understanding that the --

17   let's back up.  When you started working at Casa do

18   Brasil, did you understand that you were supposed to

19   clock in and clock out using the POS system?

20     A    Yes.

21     Q    Were you told that that was required of you

22   because they had to have an accurate count of the

23   hours worked?

24     A    Correct.

25     Q    And so did you always clock in before you

Page 102

1    was told they were paid 2.13 an hour.

2         A    I don't recall.

3         Q    So is it your position that none of the

4    servers were ever told that they would be paid 2.13 an

5    hour plus tips?

6         A    I don't understand your question.

7         Q    You understand what 2.13 per hour is; right?

8         A    Yes.

9         Q    Okay.  And you understand what tips are?

10        A    Yes.

11        Q    Okay.  So is it your position that none of

12   the other servers -- we're just talking about the

13   servers right now -- that none of the servers who

14   worked there while you worked there were ever told,

15   "While being a server, you will be paid 2.13 per hour

16   plus tips"?

17        A    I'm not sure.

18        Q    Okay.  Now let's talk about gauchos.  Is it

19   your position that none of the gauchos who worked

20   there during the period of time you worked there were

21   ever told that you will be paid some hourly wage plus

22   tips?

23        A    I'm not sure.

24        Q    And let's talk about CSRs.  That may be an

25   easier way.  Do you know how CSRs are paid in terms of

1    what they're paid?

2         A    I'm not sure.

3         Q    Do you know if CSRs are told that they will

4    be paid some hourly amount plus tips?

5         A    I'm not sure.

6         Q    Now, you testified before that you were told

7    by Mr. Gottardo that you as a server were going to be

8    paid at least 20 bucks an hour; is that right?

9         A    That's what was said.

10        Q    And do you know whether other servers were

11   told that they would also be paid a guarantee of at

12   least $20 an hour?

13        A    I'm not sure.

14        Q    Okay.  Do you know whether any other gauchos

15   had any sort of promise of a guaranteed amount per

16   hour?

17        A    I'm not sure.

18        Q    Okay.  Are you sure whether any of the CSRs

19   had any promise of a guaranteed amount per hour?

20        A    I'm not sure.

21        Q    Okay.  And you've never worked at Casa do

22   Brasil in Houston; is that right?

23        A    Correct.

24        Q    Do you have any understanding as to whether

25   the POS system in Houston requires that tipped

Page 123

1                    THE VIDEOGRAPHER:  4:03, off record.

2                    (Off the record.)

3                    THE VIDEOGRAPHER:  This is the

4    beginning of File #6 to the deposition of Nathaly

5    Cortez.  The time is 4:19.  We're on the record.

6    BY MR. BISSMEYER:

7        Q    Okay.  Ms. Cortez, we're back from a break.

8    Before, we talked about the fact that Mr. Gottardo

9    told you when you started that as a server they would

10   guarantee you made $20 an hour.  Do you recall that?

11       A    Yes.

12       Q    Okay.  Do you know of any legal requirement

13   that says they have to pay you at least $20 an hour?

14                   MR. TRAN:  Objection.  Calls for a

15   legal conclusion.

16       A    I'm not sure.

17       Q    You're not sure.  Okay.  Do you know whether

18   Casa do Brasil ever paid you additional money as a

19   server to get you to the $20 an hour number?

20       A    I'm not sure.

21       Q    You're not sure.  If I told you they did, do

22   you have any reason to dispute that?

23       A    Until I have my sales report and my full tip

24   records, until I have all of that, I'll be able to

25   answer that.

```
 1          Q     And what would they have anything to do with
 2    whether they paid you extra money to get you to $20 an
 3    hour?
 4                    MR. TRAN:  Objection.  Vague.
 5          A     'Cause I don't believe that.
 6          Q     Okay.  So let's look at the first page of
 7    Exhibit 21, for example.
 8          A     Okay.
 9          Q     Okay.  You see this was your pay stub for
10    the pay period from 12/18/20 to 12/31/20; is that
11    right?
12          A     Correct.
13          Q     And you see indicated on the top there
14    miscellaneous earnings were paid to you in that pay
15    period of $59.50; is that right?
16          A     Correct.
17          Q     Now, you've testified before about some of
18    the other depositions.  Did you sit through Mr.
19    Gottardo's deposition?
20          A     Yes.
21          Q     Do you remember Mr. Gottardo testifying
22    about the fact that what's indicated as miscellaneous
23    earnings is extra money paid in order to get you up to
24    the $20 per hour?
25          A     That's what he said.
```

Page 235

1      Q    All right.  Do you know of any other

2   explanation for what the $59.50 paid to you for this

3   particular pay period would represent?

4      A    Not sure.

5      Q    Okay.  Let's do this.  Do you remember Mr.

6   Gottardo talking to you about how they calculated

7   getting you to the $20 per hour?

8              MR. TRAN:  Objection.  Vague.

9      A    No.

10     Q    You don't recall.  If you see on this, the

11  pay rate, again, you were a server during this period

12  of time; right?

13             MR. TRAN:  Objection.  Vague.

14     A    Correct.

15     Q    So you received 2.13 an hour plus tips.  You

16  see up there where it says "Rate, 2.13"?

17     A    Yes.

18     Q    And then it has hours next to it; right?

19     A    Correct.

20     Q    What is 2.13 times 58.82?

21     A    I will answer your questions, but I'm not

22  doing any more calculations, so if you'd like to do

23  those.

24     Q    Sure.  We'll do them right here.

25     A    All right.

```
 1          Q    Would you like me to put it on the camera?

 2          A    It's up to you.

 3          Q    I want to make sure you see 2.13 times 58.82

 4     equals -- what's that say?

 5          A    125.28.

 6          Q    Okay.  And it's actually 28.66.  So if we

 7     rounded up in whole pennies to 29; right?

 8          A    Okay.

 9          Q    Okay.  So we'll round up to 125.29, and what

10     were your credit-card tips paid during that period of

11     time?

12          A    I'm not sure.  I would have to see those

13     sales-report records.

14          Q    Look at what's reflected on the pay stub,

15     please.

16          A    I would still have to see those records.

17          Q    What credit-card tips were reported for that

18     pay period?

19                    MR. TRAN:  Objection.

20          A    The one on here?

21          Q    Yes.

22          A    I can't say that they're accurate.

23          Q    I asked you what's reflected.

24          A    Can you please not raise your voice at me

25     anymore?
```

Page 237

1     Q    We have a recording.  It'll show whether a

2     voice is raised.  What are the credit-card tips

3     reported on this pay stub?

4                    MR. TRAN:  Counsel, soften your tone.

5     Lower your voice.

6                    MR. BISSMEYER:  I appreciate the

7     coaching.  We'll continue.  There's a recording.

8     Thank you.

9                    THE WITNESS:  I would appreciate if you

10    lowered your tone with me.

11    BY MR. BISSMEYER:

12    Q    What are the credit-card tips reflected on

13    this pay stub?

14    A    Can you please lower your tone?

15    Q    My voice is lowered.  What are the credit-

16    card tips reflected on this pay stub?

17    A    This says 991 with 61 cents.

18    Q    Thank you.  So the prior number was 125.29.

19    A    Okay.

20    Q    Plus credit-card tips reflected, 991.61;

21    right?  And what's the number indicated as

22    miscellaneous earnings on this pay stub?

23    A    59.50.

24    Q    And what's the total of those three numbers?

25    A    On that -- on your phone?

Veritext Legal Solutions
800-336-4000

```
1          Q    Yep, on the calculator.

2          A    1176.

3          Q    And how many cents?

4          A    Forty.

5          Q    Okay.  And if we divide that by what was the

6     total number of hours reported for that pay period?

7          A    58.8.

8          Q    58.82; right?  What's the number?

9          A    Twenty.

10         Q    Okay.  So do you have any reason to believe

11    that for this particular pay period Casa do Brasil

12    didn't pay you $59.50 in order to meet the guarantee

13    that Mr. Gottardo had promised you?

14         A    I'm not sure.

15              MR. BISSMEYER:  You're not sure.  Okay.

16    I will pass the witness.

17              MR. TRAN:  We reserve all questions

18    until time of trial.

19              THE REPORTER:  All right then.  All

20    finished.

21              THE VIDEOGRAPHER:  4:26, we're off

22    record.

23              (Signature reserved.)

24              (Whereupon, at 4:26 p.m., the

25              proceeding was concluded.)
```

Page 239