# NOTICE TO SERVERS, BARTENDERS, AND GAUCHOS EMPLOYED WITHIN THE LAST 3 YEARS

**If you worked as a Servers, Bartenders, and Gauchos employed within the last 3 years for Casa do Brasil, LLC (at any time during the period of December 6, 2018, to present) YOU MAY BE ENTITLED TO JOIN A LAWSUIT**

To: All current and former Servers, Bartenders, and Gauchos employed within the last 3 years who are not parties to any class action waiver or arbitration agreement and who were employed by Casa do Brasil, LLC ("Casa do Brasil") and worked at Casa do Brasil, LLC's College Station Restaurant during the three years from December 6, 2018, to present.

**Re: Your right to join a lawsuit seeking unpaid minimum wage and/or overtime pay**

**Why is this notice being sent?**

The purpose of this notice is to inform former and current Servers, Bartenders, and Gauchos employed within the last 3 years employed by Casa do Brasil and who worked at College Station that a collective action lawsuit has been filed against Casa do Brasil under the Fair Labor Standards Act in the United States District Court of the Southern District of Texas for unpaid minimum wage and overtime pay. As a former or current employee of Casa do Brasil who worked at Casa Do Brasil - College Station from December 6, 2018, to [insert date here] you may be eligible to join the pending litigation because you are potentially similarly situation to Nathaly Cortez, a former Servers employed within the last 3 years who initiated the lawsuit. This Notice seeks to inform potential plaintiffs of this lawsuit and to give those who may wish to join it the opportunity to do so. Casa do Brasil denies Plaintiffs' allegations. Casa do Brasil contends that Plaintiffs and other Servers, Bartenders and Gauchos have been, and continue to be, properly paid under the FLSA, and Defendant has asserted various defenses to Plaintiffs' claims. The Court has not considered or made any decisions about who is right. Although the Court has authorized the sending of this Notice, there is no assurance that the Court will grant any relief in this case. any Cortez must prove the claims at trial, unless the claims are settled.

**What is this case about?**

The Plaintiffs, in this case, contend that Servers, Bartenders, and Gauchos employed within the last 3 years employed by Casa do Brasil were not permitted to keep all their tips or paid overtime wages for all hours worked over 40 in a workweek.

**What happens if I join?**

If the Court finds that you should have been and were not paid minimum wages and/or overtime wages, the Court may award you money damages. While this lawsuit is proceeding, you may be required to assist the lawyers representing Plaintiffs, answer written questions, and/or participate at trial. If you decide to join the lawsuit, you may be required to answer written questions, appear

for a deposition and/or testify at trial with regard to your claims against Casa do Brasil.

If you decide to join this lawsuit, you may choose your own counsel or be represented by Tran Law Firm, the law firm currently representing Plaintiffs. You will **not** have to pay money out of pocket, win or lose, to Tran Law Firm. Rather, Tran Law Firm will be paid an amount awarded by the Court out of any recovery, if any, obtained through trial or settlement.

If you are a current or former employee of Casa do Brasil you should be aware that federal law prohibits Casa do Brasil from discharging you or taking any other negative action against you because you elect to join this lawsuit.

**What if I do not join?**

You will not be part of this case. If the Plaintiffs win or settle, you will not get any benefit. If the Plaintiffs lose the case, you will receive nothing and will be bound by the decision, but you will not have to pay anything, unless the Court finds that Plaintiffs should be required to pay Defendant's costs in the litigation, as may be permitted by law., you will not be affected.

**How quickly must I act to join?**

The deadline to join the lawsuit is [60 days after mailing]. However, if you decide to join, do not wait until the deadline to send in your forms. Time is of the essence because you can only recover, at most, up to three years of unpaid minimum wage and/or overtime pay from the date you join the case. If you do not wish to be a part of the lawsuit, you do not need to do anything. The decision to join is entirely yours.

**How do I join?**

If you would like to be represented by the Tran Law Firm, you must complete the enclosed forms (the information sheet and the consent form) and return them by mail, fax,

email, or text. You may also complete the forms by visiting www.website.com.

You will receive a confirmation once your forms are received and processed. The Court does not encourage or discourage participation in the case. *Do not contact the Court about this matter. The attorneys you retain will answer your questions.*

TRAN LAW FIRM
2537 S. Gessner, Suite 104
Houston, TX 77063
Telephone: 713-223-8855
Fax: 832-930-36869
Email: trang@tranlf.com
Text: 281-858-3389
www.overtimelawyers.com

**The United States District Court for the Southern District of Texas approved this notice.**

# NOTICE OF CONSENT

I am an individual currently or formerly working for Casa do Brasil, LLC. I consent to be a plaintiff in Case No. 4:21-cv-03991; *Nathaly Cortez, individually and On Behalf of All Others Similarly Situated v. Casa do Brasil, LLC*; in the Southern District of Texas Houston Division, seeking unpaid wages and other relief that may be appropriate. I choose to be represented by Tran Law Firm and any other attorneys with whom they may associate, to represent me for all purposes in this action. I designate and authorize Tran Law Firm as my agents to make decisions on my behalf concerning the case and the method and manner of conducting the case. I understand that by signing the Notice of Consent, I will be bound by the judgment of the court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of the plaintiffs.

_____  _____  _____
Print Name                       Signature                        Date

**Please print or type the following information which will be kept confidential:**

_____  _____
Address                                   City/State/Zip

_____  _____
Home Telephone Number                     Cell Phone Number

_____  _____
Email Address                             Estimated Dates of Employment

_____  _____
Position(s) Held with Casa do Brasil, LLC   Location(s) worked for Casa do Brasil, LLC

**RETURN THIS FORM BY MAIL, EMAIL, OR TEXT TO:**

TRAN LAW FIRM
2537 S. Gessner, Suite 104
Houston, TX 77063
Telephone: 713-223-8855
Email: trang@tranlf.com
Text: 281-858-3389