# EXHIBIT 1

COURT APPROVED TEXT

*Nathaly Cortez v. Casa do Brasil*, No. 4:21-cv-03991  (U.S. Dist. Ct. for the Southern District of Texas)

You have been identified as a current and/or former employee of Casa Do Brasil, LLC. I represent current and former employees of Casa Do Brasil, LLC and  ("Casa Do Brasil") in a collective action lawsuit seeking to recover unpaid wages.  Click **<u>LINK to Consent Form</u>** to view the court-authorized Notice regarding the collective action against Casa Do Brasil, LLC.  You are receiving this e-mail because Casa Do Brasil, LLC's records indicate that you are eligible to participate in this collective action lawsuit and your rights may be affected by its outcome.  The attached Notice explains the steps you need to take if you want to join.

You must complete and return the **<u>Link to Consent Form</u>** by **<u>[60 days from mail out]</u>** to participate in the litigation.

If you have any questions, please feel free to contact me at 713-223-8855 or by e-mail at <u>trang@tranlf.com</u>.