IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATHALY CORTEZ, individually and on behalf of similarly situated individuals <br><br> Plaintiff <br><br> v. <br><br> CASA DO BRASIL, LLC <br><br> Defendant | § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:21-cv-03991 |

**OPT-IN PLAINTIFF TRISTEN LEE TAYLOR'S NOTICE OF
WITHDRAWAL OF CONSENT TO JOIN COLLECTIVE ACTION**

COMES NOW the Plaintiffs, by and through their undersigned counsel, and hereby gives notice on behalf of opt-in, Tristen Lee Taylor, of their withdrawal of consent to join collective action filed on March 10, 2023.

Respectfully submitted,

**TRAN LAW FIRM**

　/s/ Trang Q. Tran
TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
2537 S. Gessner Suite 104
Houston, Texas 77063
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on March 21, 2023, to all counsel of record via the Court's CM/ECF system.

/s/ *Trang Q. Tran*
Trang Q. Tran