IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATHALY CORTEZ, individually and on behalf of similarly situated individuals<br><br>Plaintiff<br><br>v.<br><br>CASA DO BRASIL, LLC<br><br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:21-cv-03991<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties and their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice to the refiling of same pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own costs and attorney fees.

Respectfully submitted,

**TRAN LAW FIRM**

   /s/ Trang Q. Tran
TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
2537 S. Gessner Suite 104
Houston, Texas 77063
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFFS, individually and on behalf of similarly situated individuals**

1

## CERTIFICATE OF CONFERENCE

Defendant is in agreement with this motion to dismiss with prejudice.

                                                       /s/ *Trang Q. Tran*
                                                       Trang Q. Tran

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on April 20, 2023, to all counsel of record via the Court's CM/ECF system.

                                                       /s/ *Trang Q. Tran*
                                                       Trang Q. Tran