United States District Court
Southern District of Texas
**ENTERED**
May 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NATHALY CORTEZ,** *et al.***,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-03991 |
| § | |
| **CASA DO BRASIL, LLC,** § | |
| § | |
| **Defendant.** § | |

## ORDER OF DISMISSAL

Parties have filed an Unopposed Motion for Dismissal with Prejudice. The Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney fees and costs.

**IT IS SO ORDERED**.

Signed at Houston, Texas on May 9, 2023.

_____
Keith P. Ellison
United States District Judge